**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO MIRANDA,     )     Case No. EDCV 12-01109 VAP
                      )    (DTBx)
         Plaintiff, )
                      )   **JUDGMENT**
   v.                 )
                      )
CHASE MANHATTEN MORTGAGE )
CORPORATION, NORTHWEST   )
TRUSTEE SERVICES, INC., )
AND DOES 1-20 INCLUSIVE,)
         Defendants. )
_____

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH
PREJUDICE.  The Court orders that such judgment be
entered.


Dated:  September 27, 2012                      
                                  VIRGINIA A. PHILLIPS
                      United States District Judge